u

# INVOICE FROM STEPHANIE LIU

To: _Goldberger + Dubin PC        Attn: Renee Wong Esq._

From: Stephanie Liu, Mandarin and Cantonese Interpreter
460 East 79th Street, Apt 8G, New York, NY 10075-1426, USA

Re: Mandarin/Cantonese Interpretation Service    Job No: _____

Date of Service: _8-16-2017_ Time: _9 AM - 10:65 AM_ No of hours: _½ day_

Rate: _$600 US/HX_    Language: _Cantonese_

Location: _500 Pearl street, Room 18A, NY, NY_

Case: _Xixiang Yang, Liling Liu and Qi Qi Xu vs. Zhiyu Duo & GR Supply Chain Management Inc._

Client: _the law firm of Goldberger + Dubin PC. rep. the defendant_

Expenses: _Index No 17-CV-02577 (JSR)_

Total Fee: US$ _600 US/HX_    Witness: Liling Liu did n't show up + her attorney, Mr. Kelly did

Please send a check of US$ _600 US/HX_ within 30 days   not show up or
made payable to Stephanie Liu to:                       contact the judge or
460 East 79th Street, Apt. 8G, New York, NY 10075-1426.

My tax ID No: 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
Tel/fax no: 212-6284128  Cell: 917-6740084
Email: hkhappydiver@gmail.com
Thank you for your business.

Submitted by                  Approved by

_[signature]_                 _____
Stephanie Liu
Mandarin and Cantonese Interpreter    Date:_____

GOLDBERGER & DUBIN PC
PROFESSIONAL ACCOUNT
401 BROADWAY SUITE 306
NEW YORK, NY 10013

31371
1-2/210

DATE 8-24-17

PAY TO THE ORDER OF   Stephanis Law     $ 600

Six hundred _____ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR 8/16/2017 Filing Lis

⑈031371⑈ ⑆021000021⑆

# Jian Tan

726 Prospect Ave
Ridgefield NJ 07657
(347) 546-4888
jiantan7@gmail.com

# INVOICE

DATE: August 21, 2017
INVOICE # 8212017
FOR: Renee M. Wong

**Bill To:**
**Renee M. Wong Esq.**
Goldberger & Dubin PC Attorneys at Law
401 Broadway Ste 306
New York, NY 10013
Office: 212-431-9380
Fax: 212-966-0588
Cell: 917 701 0792

Job: Cantonese/Mandarin Interpretation

http://www.goldbergerdubin.com/

http://www.youtube.com/watch?v=NO3GweVzYZk

| DESCRIPTION | AMOUNT |
|---|---|
| Service rendered as Cantonese and/or Mandarin Interpreter At 500 Pearl Street Room 14B NYC Date: 08/21/2017 Time: 9:00 am - 11:00pm Rate: $150 per hour with 3 hour minimum First 3 hours ( $450 ) Over Time  hours (   ) | $450 |
| TOTAL | $450 |

Please mail a check of $ 450   payable to Jian Tan at 726 Prospect Ave, Ridgefield NJ 07657.
Should you have any questions, please feel free to contact me at 347-546-4888
or email me at jiantan7@gmail.com

**THANK YOU FOR YOUR BUSINESS!**